IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:14CR178 |
| | ) | |
| v. | ) | |
| | ) | |
| ROBERTO ORTIZ-CERVANTES, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's objections to findings and recommendation on defendant's motion to suppress (Filing No. 44).  Having reviewed the objections and the brief in support thereof (Filing No. 45), as well as the motion to suppress (Filing No. 30), and the briefs in support of (Filing No. 31) and in opposition (Filing No. 36) to said motion, the Court finds the findings and recommendation of the magistrate judge (Filing No. 40) should be affirmed and defendant's objections thereto should be overruled.  Accordingly,

IT IS ORDERED:

1) The findings and recommendation of the magistrate judge are affirmed;

2) Defendant's objections are overruled.

3) Trial of this matter is scheduled for:

**Monday, July 27, 2015, at 9 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse,

Omaha, Nebraska, or as soon thereafter as may be called by the Court.  The parties will have time to prepare for trial or pursue plea negotiations, and it will accommodate the schedule of counsel and of the Court.  The ends of justice will be served by continuing this case and outweigh the interests of the public and the defendant in a speedy trial.  The additional time between May 19, 2015, and July 27, 2015, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act.  18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 19th day of May, 2015.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court