IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 8:14CR178 |
| v. | ) | |
| ROBERTO CARLOS ORTIZ-CERVANTES, | ) | ORDER |
| Defendant. | ) | |

This matter is before the Court on defendant's application to proceed in district Court without prepaying fees or costs (Filing No. 70).  The Court has reviewed defendant's application and finds it should be granted.  Accordingly,

IT IS ORDERED that defendant's application to proceed without prepaying fees or costs is granted.  Defendant's notice of appeal shall be processed without cost to defendant.

DATED this 30th day of March, 2016.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court