IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:14CR178 |
| | ) | |
| v. | ) | |
| | ) | |
| ROBERTO CARLOS ORTIZ-CERVANTES, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on plaintiff's motion to dismiss forfeiture allegation (Filing No. 78). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that plaintiff's motion is granted; the forfeiture allegation of the indictment is dismissed.

DATED this 20th day of September, 2016.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court