IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:14CR178 |
| v. | |
| ROBERTO CARLOS ORTIZ-CERVANTES, | JUDGMENT |
| Defendant. | |

In accordance with the Memorandum and Order entered today, judgment is entered in favor of the United States of America and against Roberto Carlos Ortiz-Cervantes.

Dated this 21st day of May 2019.

BY THE COURT:

Robert F. Rossiter, Jr.
United States District Judge