IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:14CR178 |
| vs. | |
| ROBERTO CARLOS ORTIZ-CERVANTES, | **ORDER** |
| Defendant. | |

This Court denied Defendant's Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255 and entered judgment against Defendant on May 21, 2019. (Filing No. 92 and 93.) On October 19, 2020, Defendant filed a "Request to Assign Legal Counsel." (Filing No. 94.) In his Request to Assign Legal Counsel, Defendant states he does not want an attorney to file a motion, he just wants counsel "to discuss details/aspects of the case and possible options." (*Id*.)

Defendant has not stated a specific reason or explained why he now needs advisory counsel. There has not been any activity in this case since May of 2019. The Court sees no reason why counsel should be appointed at this time.

Accordingly,

**IT IS ORDERED** that Defendant's Request to Assign Legal Counsel (Filing No. 94) is denied.

Dated this 20th day of October, 2020.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge